UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. James Lee McGee Jr.                                  Docket No. 4:08-CR-6-2D

**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Lee McGee Jr., who, upon an earlier plea of guilty to 18 U.S.C. §§922(g)(l), 924, and 2, Felon in Possession of Firearms and Aiding and Abetting, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on September 17, 2008, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

James Lee McGee Jr. was released from custody on March 16, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for Marijuana on May 30, 2017. When confronted, the defendant admitted to the use of Marijuana on or about May 28th or 29th, 2017. Cognitive behavioral interventions were used to address the illegal drug use. The defendant is enrolled in our Surprise Urinalysis Program and is attending substance abuse treatment with our local treatment provider. It is recommended that the DROPS conditions be added to address and further drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days;

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>Senior U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2539<br>Executed On: June 06, 2017 |

James Lee McGee Jr.
Docket No. 4:08-CR-6-2D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___20___ day of ___Jun_____, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge